Form 27 - AFFIDAVIT OF SERVICE


P6148332

**HELEN F. DALTON & ASSOCIATES, P.C**   Michael Avelino
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

ANDRES NAJERA, ETAL
                                                    PLAINTIFF
                                - vs -
SR MANGO HOUSE INC., ETAL
                                                    DEFENDANT

index No. **1:22-CV-01051-RPK-LB**
Date Filed
Office No. **2021-L141**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**JUAN POLANCO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **04TH** day of **MARCH, 2022 4:04PM** at
**30 W 181ST ST**
**APT. 1B**
**BRONX NY 10453**
I served a true copy of the **CIVIL COVER SHEET, SUMMONS, COLLECTIVE ACTION COMPLAINT** upon **SR MANGO HOUSE INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **Móndala Dipankar, AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **BROWN** HAIR: **BLACK**
APP.AGE: **33** APP. HT: **5'4** APP. WT: **160**
OTHER IDENTIFYING FEATURES

Sworn to before me this
07TH day of MARCH, 2022

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

JUAN POLANCO 2031534
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-HFD-6148332

===================================================================

Index No. 1:22-CV-01051-RPK-LB

U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

===================================================================

ANDRES NAJERA, ETAL

                PLAINTIFF

      - against -
SR MANGO HOUSE INC., ETAL

                DEFENDANT
===================================================================

CIVIL COVER SHEET, SUMMONS, COLLECTIVE ACTION COMPLAINT


===================================================================

HELEN F. DALTON & ASSOCIATES, P.C

80-02 KEW GARDENS ROAD, SUITE 601

KEW GARDENS, NY 11415

718-263-9591