UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDRES NAJERA, MARIO AVILA and ELPIDIO
MUNGUIA, individually and on behalf of all others            Civil Docket No.:  22-cv-01051
similarly situated,                                                                     (RPK)(LB)

                       Plaintiffs,

        -against-

                                         **AFFIRMATION OF SERVICE**

SR MANGO HOUSE INC., and SHOAIBUR RAHMAN,
as an individual,

                       Defendants.
------------------------------------------------------------------X

      Avraham Y. Scher, Esq., affirms the truth of the following under the penalty of perjury:

      That I am not a party in the action, am over the age of eighteen (18) years, and reside in Queens, New York.  On September 22, 2022, I served the following:

**Motion Re Plaintiffs' Amended Complaint dated September 22, 2022**;

*via* **United States Postal Service Certified First-Class Mailing**; by depositing true and correct copies thereof., in to a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service located within the State of New York and addressed to the following person and/or entity, at the last known address set forth after each name::

| **Anthony Singh** | **Savita Singh** |
|---|---|
| 177-56 Meadow Road #2 | 177-56 Meadow Road #2 |
| Jamaica, New York 11434 | Jamaica, New York 11434 |
| Tracking # **7021 0950 0000 1348 9395** | Tracking # **7021 0950 0000 1348 9418** |

***And, via ECF & Electronic Mailing* to:**
Steven B. Ross, Esq.
ROSS & ASMAR LLC
*ATTORNEYS TO BE NOTICED for SR Mango House Inc., and Shoaibur Rahman*
Email: steven@rossasmar.com


Dated:  Kew Gardens, New York
         September 22, 2022

                                               *Avraham Y. Scher*
                                            Avraham Y. Scher, Esq.
                                            Helen F. Dalton & Associates, P.C.
                                            *Attorneys for the Plaintiffs*



**Helen F. Dalton and Associates, P. C.**
**Attorneys at Law**

The Personal Injury & Labor Law Attorneys
80-02 Kew Gardens Rd., Ste 601, Kew Gardens, NY 11415

**TO:** Savita Singh
177-56 Meadow Road #2
Jamaica NY 11434

CERTIFIED MAIL

7021 0950 0000 1348 9395



**Helen F. Dalton and Associates, P. C.**
**Attorneys at Law**

The Personal Injury & Labor Law Attorneys
80-02 Kew Gardens Rd., Ste 601, Kew Gardens, NY 11415

TO: Anthony Singh.
177-56 Meadow Road #2.
Jamaica, NY, 11434.

CERTIFIED MAIL

7021 0950 0000 1348 9418