Form 1 - AFFIDAVIT OF SERVICE


P7454960

**HELEN F. DALTON & ASSOCIATES, P.C**   Michael Avelino
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRES NAJERA, MARIO AVILA and ELPIDIO MUNGUIA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>                                                            PLAINTIFF<br>                           - vs -<br><br>SR MANGO HOUSE INC., ETAL<br>                                                            DEFENDANT | index No.<br>**1:22-cv-01051-RPK-LB**<br>Date Filed<br>Office No. **2021-L141**<br>Court Date. |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**MOHAMED ELAZABAWY** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **21ST** day of **OCTOBER, 2022   11:42AM** at
      **5117 CHURCH AVENUE**
      **BROOKLYN NY 11203**
I served the **SUMMONS, AMENDED COLLECTIVE ACTION COMPLAINT**
upon **SAVITA SINGH**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **SAVITA SINGH**
said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **BROWN** HAIR: **BLACK**
APP.AGE: **50** APP. HT: **5'4** APP. WT: **160**
OTHER IDENTIFYING FEATURES

That at the time of service, as aforesaid, I asked the **DEFENDANT** whether he/she was in the military service of the United States Government, or of the State of New York, and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
24TH day of OCTOBER, 2022

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

MOHAMED ELAZABAWY 2037672
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-HFD-7454960