# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

## Tracking Number

1Z9756W92436092110

## Weight

0.50 LBS

## Service

UPS Next Day Air®

## Shipped / Billed On

11/10/2022

## Additional Information

Signature Required

## Delivered On

11/16/2022 11:25 A.M.

## Delivered To

BRONX, NY, US

## Received By

ANTHONY SINGH

## Left At

Residential

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 01/26/2023 12:02 P.M. EST

Case 1:22-cv-01051-RPK-LB   Document 35-7   Filed 01/30/23   Page 2 of 5 PageID #: 213

Service Alert due to Situation in Ukraine ...More (/us/en/service-alerts.page?id=alert1)

Last Updated: 01/26/2023 12:02 P.M. EST

| | | | |
|---|---|---|---|
| | 11/16/2022 11:25 A.M. | Delivered | BRONX, NY, US |
| | 11/16/2022 9:31 A.M. | Out for Delivery | Bronx, NY, United States |
| | 11/16/2022 3:25 A.M. | On the Way | Bronx, NY, United States |
| | 11/10/2022 5:03 P.M. | Label Created | United States |

Your 1Z9...

Delivered Wed...

Delivered BRO...

Received By: ANTHONY SINGH

Proof of Delivery

Want to see more? With UPS My Choice® you can see your full shipment progress. Sign Up Now (https://www.ups.com/doapp/signupmychoice?loc=en_US&returnto=https%3A%2F%2Fwww.ups.com%2Ftrack%3Floc%3Den_US%26tracknum%3D1Z9756W92436092110)

Already Enrolled? Log in (https://www.ups.com/lasso/login?loc=en_US&returnto=https%3A%2F%2Fwww.ups.com%2Ftrack%3Floc%3Den_US%26tracknum%3D1Z9756W92436092110)

Get Updates

Close

View Details

**Track Another Package**

Track

UPS Freight Less-than-Truckload ("LTL") transportation services are offered by TFI International Inc., its affiliates or divisions (including without limitation TForce Freight), which are not affiliated with United Parcel Service, Inc. or any of its affiliates, subsidiaries or related entities ("UPS"). UPS assumes no liability in connection with UPS Freight LTL transportation services or any other services offered or provided by TFI International Inc. or its affiliates, divisions, subsidiaries or related entities.

This Site

Other UPS Sites

Connect With Us

Legal

Copyright ©1994- 2023 United Parcel Service of America, Inc. All rights reserved.

This website uses cookies

We do this to better understand how visitors use our site and to offer you a more personal experience. Please see our Privacy Notice (https://www.ups.com/us/en/help-center/legal-terms-conditions/privacy-notice.page) for more information. You can manage your preferences by selecting Cookie Settings.

Ask UPS

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

## Tracking Number
1Z9756W91206231753

## Weight
0.50 LBS

## Service
UPS 3 Day Select®

## Delivered On
01/11/2023 10:12 A.M.

## Delivered To
BROOKLYN, NY, US

## Received By
EZxZY

## Left At
Front Desk

## Alternate Tracking Number(s)
1Z9756W92406231758

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 01/26/2023 12:03 P.M. EST

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z9756W92435854727

**Weight**

0.50 LBS

**Service**

UPS Next Day Air®

**Shipped / Billed On**

11/10/2022

**Additional Information**

Signature Required

**Delivered On**

11/15/2022 10:05 A.M.

**Delivered To**

BROOKLYN, NY, US

**Received By**

SINGH

**Left At**

Receiver

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 01/26/2023 12:03 P.M. EST

Service Alert due to Situation in Ukraine  ...More (/us/en/service-alerts.page?id=alert1)

**Your shipment**
1Z9756W92435854727

Delivered On
Tuesday, November 15 at 10:05 A.M. at Receiver

**Delivered To**
BROOKLYN, NY US

**Received By:**
SINGH

Proof of Delivery

Get Updates

View Details

**Track Another Package**

Track

UPS Freight Less-than-Truckload ("LTL") transportation services are offered by TFI International Inc., its affiliates or divisions (including without limitation TForce Freight), which are not affiliated with United Parcel Service, Inc. or any of its affiliates, subsidiaries or related entities ("UPS"). UPS assumes no liability in connection with UPS Freight LTL transportation services or any other services offered or provided by TFI International Inc. or its affiliates, divisions, subsidiaries or related entities.

This Site

Other UPS Sites

Connect With Us

Legal

Copyright ©1994- 2023 United Parcel Service of America, Inc. All rights reserved.

This website uses cookies
We do this to better understand how visitors use our site and to offer you a more personal experience. Please see our Privacy Notice (https://www.ups.com/us/en/help-center/legal-terms-conditions/privacy-notice.page) for more information. You can manage your preferences by selecting Cookie Settings.

Ask UPS