UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDRES NAJERA, MARIO AVILA, and ELPIDIO
MUNGUIA,

                    Plaintiffs,

-against-

SR MANGO HOUSE INC., SHOAIBUR RAHMAN,
ANTHONY SINGH, and SAVITA SINGH,

                    Defendants.
-------------------------------------------------------------X

Civil Docket No. 22-cv-1051

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED, by and between undersigned counsel for all parties herein, that this action (all claims and causes of action that were or could have been asserted in it), be withdrawn, discontinued and dismissed, with prejudice, as against SR MANGO HOUSE INC., SHOAIBUR RAHMAN, ANTHONY SINGH, and SAVITA SINGH ("Defendants") pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

IT IS FURTHER STIPULATED, that this Court shall retain its jurisdiction over the enforcement of this matter, and to enforce the terms of the parties' settlement agreement filed in this matter in the event of a breach of the terms thereof by any party.

Dated: August 14, 2023

*Roman Avshalumov*
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiffs*
80-02 Kew Gardens Rd, Suite 601
Kew Gardens, New York 11415
Tel.: (718) 263-9591

_____
Steven Ross, Esq.
Ross & Asmar LLC
*Attorneys for Mango*
*House Defendants*
499 Seventh Avenue
23rd Floor South Tower
New York, NY 10018
Tel.: 212-736-4202

*Tristan C. Loanzon*
Tristan Loanzon, Esq.
Loanzon LLP
*Attorneys for Singh Defendants*
1345 Avenue of the Americas,
2nd Floor
New York, NY 10105
Tel.: 212-760-1515

SO ORDERED:
_____
Hon. Lois Bloom, U.S.M.J.
This 16th day of August, 2023.